IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Northern Division
Action No. 2:14-CV-69-BO

| | |
|---|---|
| Mary L. Sutton,<br>SSN: xxx-xx-xxxx<br><br>Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin<br>Acting Commissioner of Social Security<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the Court on Plaintiffs Motion to Dismiss her Complaint filed in this cause with the consent of the Defendant. Having considered the matter and it appearing that, prior to filing the Complaint in this cause, Plaintiff filed a new application for Supplemental Security Income that has recently been approved by the Social Security Administration, and understanding that the parties agree that the case should be dismissed, it is hereby ORDERED that this case is DISMISSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.

This the 29th day of April, 2015.

_____
United States District Judge